**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In Re:

                                  Case No.: 26-16307-EPK

DK ARENA, INC                         Chapter 11

        Debtor.

_____/

**EMERGENCY MOTION FOR WAIVER OF THE UNITED STATES TRUSTEE'S**
**<u>REQUIREMENT TO OBTAIN PROPERTY INSURANCE</u>**

**BASIS FOR EMERGENCY RELIEF**
**The United States Trustee requires property insurance on property which is in Chapter 11. The Debtor's real estate is worthless and unusable. It cannot be insured. The Debtor requests a waiver of the insurance requirement.**

DK Arena, Inc, Debtor and Debtor in Possession (the "**Debtor**"), by and through undersigned counsel, file this Emergency Motion for Waiver of The United States Trustee's Requirement to Obtain Insurance (the "**Motion**"), and state as follows:

1.      The Debtor filed voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 15, 2026.

2.      The Debtor owns commercial property located at 1415 45th Street West Palm Beach, FL 33407 (the "Property").

3.      The Debtor's real estate consists of 5 parcels which comprise the old Jai Lai Fronton building in Mangonia Park on 45th street.

4.      The building has been shut down for over 20 years and is inaccessible and cannot be insured. The property is guarded daily.

5.      The Debtor has obtained liability insurance for the property.

- 1 -

6.	Due to the condition of the Property, the Debtor submits that it would be in the best interest of the estate to be granted a waiver for insurance

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order waiving the United States Trustee's requirement that the Debtor must obtain insurance for property located at 1415 45th Street West Palm Beach, FL 33407 and for such other and further relief as the Court deems necessary.

I HEREBY CERTIFY that a true copy of the foregoing will be furnished to all creditors and interested parties with a copy of the Notice of Hearing hereon.

Dated: May 18, 2026

FURR AND COHEN, P.A.
*Proposed Attorneys for Debtor*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By   /s/*Robert C. Furr*
	Robert C. Furr
	Florida Bar No. 210854
	E-mail: rfurr@furrcohen.com